John J. Segreto, Esq. NJ Attorney ID#022611991
SEGRETO, SEGRETO & SEGRETO, ESQS.
329 Belmont Avenue
Haledon, NJ 07508
(973) 389-1999
segretolawfirm@aol.com
Attorneys for Plaintiffs

|  |  |
|---|---|
| DOLORES PAVLAK and THE ESTATE OF DONALD R. PAVLAK<br><br>Plaintiffs<br><br>vs.<br><br>TOWNSHIP OF WAYNE<br><br>Defendant | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION No: 2:17-cv-01948-MCA-SCM<br><br>HON. MADELINE COX ARLEO, U.S.D.J.<br>HON. STEVEN C. MANNION, U.S.M.J.<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF FEDERAL CLAIMS** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

The Plaintiffs in this matter are hereby voluntarily dismissing their claims under the Federal Age Discrimination in Employment Act, 29 USC §623(a), which are pleaded in the Third Count of the Complaint. This Dismissal is made pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Dismissal shall be without prejudice, with each side to bear its own costs and fees.

SEGRETO & SEGRETO, LLP
Attorneys for Plaintiffs

Dated: March 27, 2017     By: _____
                                                JOHN J. SEGRETO

3/31/17     SO ORDERED
_____
Madeline Cox Arleo, U.S.D.J.